IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  11-cv-00241-PAB-KLM

AMERICAN PRODUCE, LLC, a limited liability company,

    Plaintiff,

v.

HARVEST SHARING, INC., d/b/a FOOD SHARING AMERICA, a Colorado corporation,
WILLIAM R. MCKNIGHT, an individual,
DIANE K. MCKNIGHT, an individual,

    Defendants.

---

### ORDER

---

    This matter is before the Court on the Settlement Agreement and Stipulation of Undisputed Facts and For Entry of Judgment Against Defendants [Docket No. 47] filed by plaintiff American Produce, LLC and defendants Harvest Sharing, Inc. ("Harvest"), William R. McKnight, and Diane K. McKnight.  In their stipulation, the parties state that they have reached a settlement agreement and request that the Court enter final judgment in favor of plaintiff and against defendants.  The Court has reviewed the pleading and is fully advised in the premises.  Wherefore, the Court **ORDERS**:

    1.    That the Settlement Agreement and Stipulation of Undisputed Facts [Docket No. 47] is **APPROVED**.

    2.    That judgment shall enter in favor of plaintiff American Produce, LLC and against defendants Harvest Sharing, Inc., William R. McKnight, and Diane K. McKnight, jointly and severally, in the total amount of $26,170.23.

3. That, in the event of uncured default, plaintiff American Produce, LLC, shall be entitled to recover post-judgment interest at the rate of 18% per annum on all unpaid sums from the date judgment is entered until fully paid.

4. That upon recovery of all monies under the Agreement and Stipulation reached with defendants Harvest Sharing, Inc., William R. McKnight, and Diane K. McKnight, plaintiff American Produce, LLC, shall file a Notice of Satisfaction of Judgment with the Court.

5. That this case is closed in its entirety.

DATED May 31, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge