**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No.   11-cv-00241-PAB-KLM

AMERICAN PRODUCE, LLC, a limited liability company,

    Plaintiff,

v.

HARVEST SHARING, INC., d/b/a FOOD SHARING AMERICA, a Colorado corporation,
WILLIAM R. MCKNIGHT, an individual,
DIANE K. MCKNIGHT, an individual,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all the previous Orders entered in this case and the Order entered by the Honorable Philip A. Brimmer, United States District Judge, on May 31, 2013,

    IT IS ORDERED:

        1.    That the Settlement Agreement and Stipulation of Undisputed Facts [Docket No. 47] is approved.

        2.    Judgment is entered in favor of plaintiff American Produce, LLC and against defendants Harvest Sharing, Inc., William R. McKnight, and Diane K. McKnight, jointly and severally, in the total amount of $26,170.23.

        3.    That, in the event of uncured default, plaintiff American Produce, LLC, shall be entitled to recover post-judgment interest at the rate

of 18% per annum on all unpaid sums from the date judgment is entered until fully paid.

4. That upon recovery of all monies under the Agreement and Stipulation reached with defendants Harvest Sharing, Inc., William R. McKnight, and Diane K. McKnight, plaintiff American Produce, LLC, shall file a Notice of Satisfaction of Judgment with the Court.

5. That this case is closed in its entirety.

Dated at Denver, Colorado, this  31st  day of May, 2013.

APPROVED:                                          BY THE COURT:

                                                                                         JEFFREY P. COLWELL, CLERK

  S/Philip A. Brimmer
Judge Philip A. Brimmer                            By:  s/ Edward P. Butler
United States District Court                       Edward P. Butler, Deputy Clerk